IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NASTARIA ALLEN, | |
| Plaintiff, | Civil Action File No. |
| vs. | 1:16-cv-01733-SCJ |
| UNIVERSITY HOUSE COMMUNITY GROUP, INC. and UNIVERSITY HOUSE 930 SPRING STREET, LLC, | |
| Defendants. | |

**DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and LR 41.1 NDGa, Plaintiff dismisses the instant action without prejudice and requests that the Clerk grant, sign and enter an order of dismissal.

Respectfully submitted,

- 1 -

*DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC*

*/s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375
Charles R. Bridgers
Ga. Bar No. 080791
3100 Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 979-3150
(404) 979-3170 (f)
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com

**COUNSEL FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NASTARIA ALLEN, | |
| Plaintiff, | Civil Action File No. |
| vs. | 1:16-cv-01733-SCJ |
| UNIVERSITY HOUSE COMMUNITY GROUP, INC. and UNIVERSITY HOUSE 930 SPRING STREET, LLC, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I certify that on September 20, 2016, I filed the foregoing **DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all counsel of record.

*DELONG CALDWELL BRIDGERS*
*FITZPATRICK & BENJAMIN, LLC*

*/s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375

- 3 -